| | | | |
|---|---|---|---|
| | AUSA: | Nhan Ho | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Brian Brown | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

D-1 Daiquan Deontez OUSLEY
D-2 Raphael Ravon ALDRICH
D-3 Trann Devon CROSS
D-4 Darius Rayvon HAWKINS
D-5 Dashawn POUGET
D-6 Alonzo Amari WHITE

Case: 2:23−mj−30478
Assigned To : Unassigned
Assign. Date : 12/1/2023
CMP: USA v OUSLEY, et al (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 30. 2023__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2118(b) | Attempt/enter property of person registered with DEA with intent to steal; |
| 18 U.S.C. § 2118(d) | Conspriracy to commit robbery of a pharmacy |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Brian Brown - FBI
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __December 1, 2023__

_Judge's signature_

City and state: __Detroit, Michigan__   Honorable Elizabeth Stafford, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Brian Brown, being sworn, depose and state the following:

### I. INTRODUCTION AND BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since December 2022. I am currently assigned to the FBI Detroit Violent Crime Task Force (VCTF). I have conducted or assisted in numerous investigations of federal and state violations, including crimes of violence, firearms, and drug trafficking. I have gained experience through training and everyday work related to these types of investigations.

2. The information set forth in this affidavit is based on my review of information from other law enforcement agents and investigators, witnesses, and individuals with knowledge of this matter; my investigation; my review of documents, photographs, and videos; and information gained through my training and experience.

3. The information in this affidavit is provided for the limited purpose of establishing probable cause and does not set forth all details or facts related to this investigation.

4. The FBI is investigating Lamar Dashawn POUGET (XX/XX/2002), Darius Rayvon HAWKINS (XX/XX/1991), Trann Devon CROSS (XX/XX/2003), Daiquan Deontez OUSLEY (XX/XX/1995), Alonzo Amari WHITE (XX/XX/2004), and Raphael Clavon ALDRIDGE Jr. (XX/XX/1996) for violations

of 18 U.S.C. § 2118(b) and (d) (Attempted Burglary and Conspiracy to Commit Burglary Involving Controlled Substances).

## II.     PROBABLE CAUSE

5.      On November 30, 2023, Dearborn Police officers were monitoring a black Chrysler 300, bearing MI plate 4PCS82 (VIN#: 2C322AGG9GH182921) (the "Chrysler"), which was involved in a prior pharmacy robbery, when multiple subjects entered the vehicle, and it began driving. Inquiry into the Chrysler revealed that it was manufactured in Canada.

6.      Officers began surveillance on the vehicle and noticed that a grey Chevy Equinox, bearing MI plate EPR 8109 (VIN#: 3GNAXJEV1KL320726) (the "Chevy"), was following behind the Chrysler and moving in the same direction. In a prior robbery, the same vehicle was seen acting as a scout car for the Chrysler. Inquiry into the Chevy revealed that it was manufactured in Mexico.

7.      Both vehicles stopped at Valero gas station located at 8890 Livernois Avenue. The two vehicles left the gas station and drove in the same direction until they arrived in the area of 10 mile and Greenfield in Oak Park, MI. Dearborn Police personnel reached out to nearby jurisdictions for assistance with surveillance.

8.      Officers continued surveilling the vehicles where they both parked all the way in the back of an apartment complex at S. Montmartre Ct. and Rue

Versailles Dr., which was directly behind Care Plus Pharmacy (the "Pharmacy"), located on Greenfield Road, in Oak Park, Michigan.

9. Eventually, the Chevy entered the parking lot of the Pharmacy, which is a pharmacy registered with the Drug Enforcement Administration. After the Chevy parked, the driver, later identified as OUSLEY, got out of the vehicle while on his cell phone and walked in front of the Pharmacy. OUSLEY had been suspected of acting as a scout for a prior pharmacy robbery less than a couple weeks earlier. OUSLEY looked through the windows of the Pharmacy and did not pay any attention to other establishments prior to entering a nearby restaurant. A moment later, OUSLEY exited the restaurant with no food and walked back over to the Chevy and entered the driver seat. The Chevy then left the parking lot towards Greenfield where Livonia Police took over its surveillance.

10. After the Chevy left the Pharmacy parking lot, officers then observed three black males, later identified as HAWKINS, CROSS, and POUGET, wearing dark clothing and masks get out of the Chrysler and enter the Pharmacy.

11. Upon entering the Pharmacy, one of the males, identified as POUGET jumped over the counter, told the manager, "Do not do anything, do not call anyone," and demanded opioids. The second male, identified as CROSS, went to the back of the Pharmacy. As observed on the Pharmacy's security footage, CROSS also put a bottle of cough syrup into a grey bag. The third male, identified

as HAWKINS, stood by the door. HAWKINS told surrounding customers and employees: "not do nothing."

12. Suspecting an ongoing burglary, the officers entered the Pharmacy and apprehended HAWKINS, POUGET, and CROSS, who tried to flee. Officers recovered the grey bag, inside of which was an iPhone. Officers also recovered from CROSS' person a cellular phone and a key fob for the Chrysler.

13. After taking over the surveillance of the Chevy, Livonia police observed the Chevy circling the area of the Pharmacy with three occupants, later identified as OUSLEY, ALDRIDGE, and WHITE. The vehicle would drive past the Pharmacy, turn around in the center u-turn, and then pass the Pharmacy going in the opposite direction. Officers observed the Chevy doing this approximately six or seven times. Each time the vehicle passed the Pharmacy, the occupants would be staring at the Pharmacy. Based on the officers' training and experience, the Chevy was acting as the scout car for the suspects inside the Pharmacy.

14. After HAWKINS, CROSS, and POUGET were apprehended, officers observed the Chevy drive away from the area. Livonia police followed the Chevy south on Greenfield to the area of Linwood and Davison and into the parking lot of a Citgo Gas station. There, the occupants switched seats. Officers approached the Chevy and took the occupants into custody.

15. OUSLEY's, ALDRIDGE's, and WHITE's cellphones were recovered from the Chevy. Based on my training and experience, observing Ousley on his

phone prior to the attempted burglary, and the coordination of the vehicles before and during the attempted burglary, I believe that the occupants in the Chevy were communicating with the occupants in the Chrysler via cellular phones.

### III.  CONCLUSION

Based on the foregoing, there is probable cause to believe that Lamar Dashawn POUGET (XX/XX/2002), Darius Rayvon HAWKINS (XX/XX/1991), Trann Devon CROSS (XX/XX/2003), Daiquan Deontez OUSLEY (XX/XX/1995), Alonzo Amari WHITE (XX/XX/2004), and Raphael Clavon ALDRIDGE Jr. (XX/XX/1996) violated 18 U.S.C. § 2118(b) and (d) (Attempted Burglary and Conspiracy to Commit Burglary Involving Controlled Substances).

Respectfully submitted,

_____
Brian Brown, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
HON. ELIZABETH STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date:  December 1, 2023